## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MINNESOTA, ex rel. JILL BACHMANN and SHELLEY MADORE, | Civil No. 12-1359 (JRT/JSM) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| MINNESOTA TRANSITIONS CHARTER SCHOOLS and MN VIRTUAL HIGH SCHOOL, | |
| Defendants. | |

_____

Bryce M. Miller, **SCHAEFER HALLEEN LLC**, 412 South Fourth Street, Suite 1050, Minneapolis, MN 55415, for plaintiffs Bachmann and Madore.

Cindy L. Lavorato, **BOOTH & LAVORATO LLC**, 10520 Wayzata Boulevard, Suite 200, Minnetonka, MN 55305, for defendants.

Upon consideration of the Stipulation for Dismissal without Prejudice by Plaintiffs Jill Bachmann and Shelley Madore and Defendants Minnesota Transitions Charter Schools and MN Virtual High School and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. All claims by Relators Jill Bachmann and Shelley Madore against Defendants Minnesota Transitions Charter Schools and MN Virtual High School are **DISMISSED WITH PREJUDICE** and without costs, disbursements, or attorney's fees awarded to any party.

DATED: June 1, 2015
at Minneapolis, Minnesota.

                                                            s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                        United States District Judge